UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| VINSYS INFORMATION TECHNOLOGY, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SYED SOHAIL IFTIKHAR | ) ) |
| And | ) ) |
| ICONMA, LLC | ) ) |
| Defendants. | ) |

Civil Action No. 1:14-cv-100 GBL/TCB

**DEFENDANT ICONMA, LLC'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ICONMA, LLC hereby certifies that there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030
TEL 703.273.8898   FAX 703.273.8897

Cameron McEvoy
PLLC

Respectfully submitted,

ICONMA, LLC

s/ Joanna L. Faust
Sean Patrick Roche, Esq. VSB No. 71412
Joanna L. Faust, Esq. VSB No. 72930
Matthew Sorensen, Esq. VSB No. 65970
CAMERON/MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898 (Telephone)
(703) 273-8897 (Facsimile)
sroche@cameronmcevoy.com
jfaust@cameronmcevoy.com
msorensen@cameronmcevoy.com
*Counsel for ICONMA, LLC*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of February, 2014, I filed the foregoing using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing systems to:

Shawn C. Whittaker, Esquire
Whittaker & Associates, P.C.
1010 Rockville Pike, Suite 607
Rockville, MD 20852
shawn@whittaker-law.com
*Counsel for Plaintiff*

and via first-class mail, postage-prepaid to:

Syed Sohail-Iftikhar
485 Pringle Drive, Unite #18
Milton, Ontario L9T 0J2
*Defendant*

s/ Joanna L. Faust
Joanna L. Faust

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

Cameron McEvoy
PLLC

3